ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL -7 2020

James N. Hatten, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUANTAVIOUS CEDRON ARNOLD<br>AND<br>ERICKA BREWSTER | Criminal Indictment<br><br>No. 1 20-CR-244 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about November 14, 2019, in the Northern District of Georgia, the defendants, QUANTAVIOUS CEDRON ARNOLD and ERICKA BREWSTER, aided and abetted by each other, did knowingly take, by force, violence, and intimidation, from the person and presence of a bank employee, United States currency belonging to and in the care, custody, control, management, and possession of the BB&T bank located on Gresham Road in DeKalb County, Georgia, the deposits and accounts of which were then insured by the Federal Deposit Insurance Corporation, and in committing said offense, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, all in violation of Title 18, United States Code, Sections 2113(a) and (d), and Section 2.

### Count Two

On or about November 14, 2019, in the Northern District of Georgia, the defendants, QUANTAVIOUS CEDRON ARNOLD and ERICKA BREWSTER, aided and

abetted by each other, during and in relation to a crime of violence for which the defendants may be prosecuted in a court of the United States, that is, armed bank robbery as charged in Count One of this Indictment, did knowingly use, carry, and brandish a firearm, that is, a SCCY CPX-1 9mm semiautomatic pistol, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Section 2.

## Count Three

On or about November 14, 2019, in the Northern District of Georgia, the defendant, QUANTAVIOUS CEDRON ARNOLD, knowing that he had been previously convicted of at least one of the following offenses:

- Possession of a Firearm by a First Offender, on or about July 18, 2019, in the Superior Court of Fulton County (Georgia);

- Possession of a Sawed-Off Shotgun, on or about July 18, 2019, in the Superior Court of Fulton County (Georgia);

- Possession of Marijuana with Intent to Distribute, on or about July 18, 2019, in the Superior Court of Fulton County (Georgia); and

- Possession of a Firearm During Commission of a Felony, on or about July 18, 2019, in the Superior Court of Fulton County (Georgia),

each of the aforesaid convictions being for a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, one (1) SCCY CPX-1 9mm semiautomatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## Forfeiture

The allegations contained in Counts One, Two, and Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in Count One of this Indictment, the defendants, QUANTAVIOUS CEDRON ARNOLD and ERICKA BREWSTER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real and personal, constituting or derived from proceeds traceable to the offense.

Upon conviction of one or more of the offenses alleged in Counts Two and Three of this Indictment, the defendants, QUANTAVIOUS CEDRON ARNOLD and ERICKA BREWSTER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in and used in the offenses alleged, including but not limited to one (1) SCCY CPX-1 9mm semiautomatic pistol, bearing serial number 666276.

If, as a result of any act or omission of the defendants, any property subject to forfeiture:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

A _____TRUE_____ BILL

_____/s/_____
FOREPERSON

BYUNG J. PAK
 *United States Attorney*

*Theodore Hertz*
THEODORE S. HERTZBERG
 *Assistant United States Attorney*
Georgia Bar No. 718163

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4