# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cr-00244-LMM-CMS
### USA v. Arnold et al
### Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 11/3/2021.

TIME COURT COMMENCED: 2:03 P.M.
TIME COURT CONCLUDED: 2:40 P.M.
TIME IN COURT: 00:37
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO/2 USM
DEPUTY CLERK: Brittany Poley

| | |
|---|---|
| DEFENDANT(S): | [1] Quantavious Cedron Arnold Present at proceedings |
| ATTORNEY(S) PRESENT: | Theodore Hertzberg representing USA<br>Annalise Peters representing USA<br>R. Spencer representing Quantavious Cedron Arnold |
| PROCEEDING CATEGORY: | Change of Plea |
| PLEADINGS FILED IN COURT: | Plea with Counsel |
| MINUTE TEXT: | Defendant was sworn and entered a guilty plea to counts 1-5 of the Superseding Indictment. The Court accepted the plea as knowingly, voluntarily, and intelligently made. The defendant requested a bench trial on counts 6-8. The government consented. The bench trial is set for Monday, November 29, 2021 at 9:00 a.m. |
| HEARING STATUS: | Hearing Concluded |