U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

## P L E A  (With Counsel)

CRIMINAL NO. 1:20-CR-244-LMM-CMS

I, Quantavious Cedron Arnold, defendant, having received a copy of the within Superseding Indictment, and having been arraigned plead Guilty thereto to counts 1, 2, 3, 4, and 5 thereof.

In Open Court this 3rd day of November, 2021.

_____
SIGNATURE (Defense Attorney)
R. Gary Spencer

_____
SIGNATURE (Defendant)
Quantavious Cedron Arnold

### INFORMATION BELOW MUST BE TYPED OR PRINTED

R. Gary Spencer, P.C.
50 Hurt Plaza, Suite 830
Atlanta, GA 30303
(404) 549-8782
Bar Number: _67190_

1411 S. Gordon St. SW
Atlanta  Ga  30310
Phone: _____

Filed in Open Court by:

_____
(Signature)

11-3-2021
Date